UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARSHALL HILL BROWNING and
TERRY ANN BROWNING,

  Plaintiffs,

CASE NO.:  8:17-CV-2734-T-27JSS

-vs-

BRIDGECREST CREDIT COMPANY, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiffs, MARSHALL HILL BROWNING and TERRY ANN BROWNING, by and through their undersigned counsel, hereby notifies the Court that the parties, Plaintiffs, MARSHALL HILL BROWNING and TERRY ANN BROWNING, and Defendant, BRIDGECREST CREDIT COMPANY, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    */s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 0105997
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 559-4845
Primary Email: Shill@forthepeople.com
Secondary: JSherwood@forthepeople.com
LCrouch@ForThePeople.com
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

Robert E. Sickles
Broad and Cassel
Suite 3500
100 N Tampa St
Tampa, FL 33602
813-225-3020
Fax: 813-225-3039
Email: rsickles@broadandcassel.com

Yesica S. Liposky
Broad and Cassel
100 N Tampa St Ste 3500
Tampa, FL 33602
813-225-3026
Fax: 813-225-3039
Email: yliposky@broadandcassel.com

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Florida Bar #:  0105998