UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARSHALL HILL BROWNING and
TERRY ANN BROWNING,

CASE NO.:  8:17-cv-02734-JDW-JSS

     Plaintiffs,

-vs-

BRIDGECREST CREDIT COMPANY, LLC,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiffs, Marshall Hill Browning and Terry Ann Browning, and the Defendant, Bridgecrest Credit Company, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against the Defendant in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 20TH day of March, 2018.

*/s/ Shaughn C. Hill, Esq.*
Shaughn C. Hill,
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar#: 105998
Attorney for Plaintiffs

*/s/ Robert E. Sickles, Esq.*
Robert E. Sickles, Esq.
Florida Bar No.:  0167444
Yesica S. Liposky, Esq.
Florida Bar No.:  0119924
Broad and Cassel
100 North Tampa Street, Suite 3500
Tampa, FL 33602-5301
Tele: (813) 225-3020
Fax: (813) 225-3039
rsickles@broadandcassel.com

yliposkey@broadandcassel.com
Attorneys for Defendant